**Jimmie Granvil WARREN, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27087.**

Court of Criminal Appeals of Texas.

June 26, 1954.

No attorney on appeal for appellant.

J. M. Kolander, County Atty., Amarillo, Wesley Dice, State's Atty., Austin, for the State.

WOODLEY, Judge.

The record in this appeal, from a $100 fine for selling whisky on Sunday, is in the same condition as the companion case against the same appellant, Warren v. State, Tex.Cr. App., 269 S.W.2d 682.

The appeal is dismissed.